UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of July, two thousand twenty-five.

United States of America,

    Appellee,

v.

Rachel Cherwitz, Nicole Daedone,

    Defendant - Appellant.

**ORDER**
Docket No. 25-1537

A notice of appeal was filed on June 13, 2025. The Appellant's Form B due June 27, 2025 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective July 15, 2025 if the Form B is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court