## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States of America v. Cherwitz     Docket No.: 25-1535

Lead Counsel of Record (name/firm) or Pro se Party (name): Michael P. Robotti
Ballard Spahr LLP

Appearance for (party/designation): Defendant-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.  Please change the following parties' designations:
    Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Michael P. Robotti
Firm: Ballard Spahr LLP
Address: 1675 Broadway, 19th Floor New York, NY 10019
Telephone: (646) 346-8020     Fax: (212) 223-1942
Email: robottim@ballardspahr.com

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously.  The short title, docket number, and citation are: In Re: Rachel Cherwitz; No. 25-553; Order Denying Petition for Writ of Mandamus (April 10, 2025), ECF 41
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ M.P.R.H.
Type or Print Name: Michael P. Robotti
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.