**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States v. Rachel Cherwitz, Nicole Daedone

**DOCKET NUMBER:** 25-1535

**COUNSEL'S NAME:** Michael P. Robotti

**COUNSEL'S ADDRESS:** 1675 Broadway, 19th Floor
New York, NY 10019

**COUNSEL'S PHONE:** (646) 346-8020

**QUESTIONNAIRE**

☐ I am ordering a transcript.
☑ I am not ordering a transcript.   Reason: ☑ Daily copy available   ☐ U.S. Atty. placed order
☐ Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

☐ Pre-trial proceedings: _____ (Description & Dates)

☐ Trial: _____ (Description & Dates)

☐ Sentencing: _____ (Description & Dates)

☐ Post-trial proceedings: _____ (Description & Dates)

I, _____ (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: ☐ Funds   ☐ CJA Form 24

_____   _____
Counsel's Signature                Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____   Estimated Number of Pages: _____

Estimated completion date: _____

_____   _____
Court Reporter's Signature             Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.